# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|   |   |   |   |
|---|---|---|---|
| **Debtor:** | NILES S LIPIN | | |
| **Case Number:** | 2:11-bk-26500-GBN | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, FEBRUARY 07, 2017 09:30 AM   6TH FLOOR #602 | | |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN | | |
| **Courtroom Clerk:** | JENNIFER LOWRY | | |
| **Reporter / ECR:** | RENEE BRYANT | | |

## Matters:

1) CONTINUED POST-CONFIRMATION STATUS HEARING
   R / M #:   1 / 0

2) ADV: 2-11-02323
   The Estate of Robert W. Walker and Eve F & NILES S LIPIN & NILES S LIPIN vs NILES S LIPIN & MARIE PIERRON & The Estate of Robert W. Walker and Eve F & The Estate of Robert W. Walker and Eve F
   STATUS HEARING ON COMPLAINT RE: DISCHARGEABILITY
   R / M #:   0 / 0

## Appearances:

CHRIS D. BARSKI, ATTORNEY FOR DEBTOR, NILES S LIPIN, MARIE PIERRON
KEVIN R. KEATING, ATTORNEY FOR WALKERS, THE ESTATE OF ROBERT AND EVE WALKER

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)... 2:11-bk-26500-GBN          TUESDAY, FEBRUARY 07, 2017 09:30 AM

*Proceedings:*

**MATTER 1**

The Court discussed the fourth quarter post-confirmation report and asked if the debtors are current on their plan payments.

Mr. Barski responded and advised that he is hoping to lodge a proposed distribution order within the next 30 days. Mr. Barski requested that the Court set a continued status hearing at the end of March.

COURT: IT IS ORDERED AUTHORIZING MR. BARSKI TO USE 10 DAYS NEGATIVE NOTICE ON THE PROPOSED DISTRIBUTION ORDER, IF HE DOES NOT ANTICIPATE ANY OBJECTIONS.

IT IS FURTHER ORDERED SETTING A CONTINUED STATUS HEARING ON MARCH 21, 2017 AT 9:30 AM.

**MATTER 2**

The Court discussed its ruling on the Motion for Summary Judgment and the Cross Motion for Summary Judgment and stated that the judgment order was received yesterday.

Mr. Barski advised that he has seen the judgment order and provided his consent.

COURT: THERE BEING NO OBJECTION, THE COURT WILL SIGN THE JUDGMENT ORDER TODAY.

The Court questioned Mr. Keating regarding the Plaintiff's intention with Ms. Pierron.

Mr. Keating responded that he will be in communication with his client.

COURT: IT IS ORDERED SETTING A CONTINUED STATUS HEARING ON MARCH 21, 2017 AT 9:30 AM. IF IT IS DETERMINED THAT THE PLAINTIFF WILL NOT TO GO FORWARD AGAINST MS. PIERRON THE COURT AUTHORIZES A NOTICE OF DISMISSAL OF THE ADVERSARY BE FILED, WITH A COURTESY COPY TO MR. BARSKI. AT THAT TIME, BASED ON THE ENTRY OF THE JUDGMENT AND THE NOTICE OF DISMISSAL, THE CLERK WILL BE DIRECTED TO CLOSE ADVERSARY 11-AP-2323, AND THE ADVERSARY STATUS HEARING CAN BE VACATED.

Case 2:11-ap-02323-GBN    Doc 220    Filed 02/07/17    Entered 02/07/17 11:51:40    Desc
Main Document    Page 2 of 3    02/07/2017  11:50:39AM

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)...    2:11-bk-26500-GBN        TUESDAY, FEBRUARY 07, 2017 09:30 AM